**KAUFMAN DOLOWICH & VOLUCK LLP**
LOUIS H. CASTORIA (State Bar No. 95768)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7638
Facsimile: (415) 926-7601
Email:  lcastoria@kdvlaw.com

Attorney for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BELL CANYON ASSOCIATION, INC., a nonprofit California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT BASED ON DIVERSITY JURISDICTION**<br><br>[28 U.S.C. §§1332, 1441, 1446]<br><br><br>Complaint Filed: February 8, 2022 (Ventura County Superior Court) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, WESTERN DIVISION DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant Ironshore Specialty Insurance Company ("Ironshore") hereby removes the above-titled action (the "Action") from the Superior Court of the State of California in and for the County of Ventura ("State Court"), where the above-titled action was filed (Action No.56-2022-00563049-CU-IC-VTA), to the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 1441 and 1446. This removal is based upon diversity of citizenship between the parties.

A true, correct, and complete copy of the Complaint and related papers filed in the State Court, including the Notice of Service upon Ironshore on March 29, 2022, is appended to this Notice of Removal, as required by 28 U.S.C. § 1446 (a).

In support of this Notice of Removal, Ironshore alleges as follows:

## JURISDICTION AND VENUE

This Court has original jurisdiction over the Action, and the Action may be removed to this Court, because it is a civil action between citizens of different States, and because the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. §§ 1332, 1441, 1446.

Venue is proper in this Court because the Action was filed and pending in Superior Court of the State of California in and for the County of Ventura, which is within the district of this Court. *See* 28 U.S.C. §§ 1441(a) and 84(d).

## REMOVAL IS TIMELY

This Notice of Removal is timely because it is filed within thirty days from the date Defendant was served with the summons and complaint (the "Complaint") and within one year from the commencement of this action. 28 U.S.C. § 1446(b). The Action was filed on February 8, 2022, Defendant was served on March 29, 2022, and Defendant filed this Notice of Removal on April 18, 2022.

## NOTICE TO STATE COURT AND PARTIES

Contemporaneous with the filing of this Notice of Removal, written notice of the removal is being given to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California in and for the County of Ventura.

## DIVERSITY OF CITIZENSHIP OF PARTIES

There is complete diversity of citizenship because the Plaintiffs are not citizens of the same State as the Defendants, either at the time that the Action was filed or at the time of removal.

Plaintiff Bell Canyon Association, Inc. is a citizen of California. Citizenship of a corporation "shall be deemed a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1). The term "principal place of business" refers to the "nerve center" of the corporation, which has been defined as "the place where a corporation's high level officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010). Moreover, a nonprofit corporation is treated the same as a corporation with shareholders for purposes of diversity jurisdiction. See *CCC Info. Servs., Inc. v. Am. Salvage Pool Ass'n*, 230 F.3d 342, 346 (7th Cir. 2000) ("[F]or purposes of diversity jurisdiction a corporation is a corporation is a corporation.")

Here, the Complaint (at ¶ 1) establishes that at the time of commencement of the Action and at the time of removal, Plaintiff Bell Canyon Association, Inc., was and still is, a nonprofit corporation organized and existing under the laws of the state of California and headquartered in Ventura County, California.

Defendant Ironshore is a citizen of Arizona and Massachusetts. *See Hertz*, 559 U.S. at 93; *see also* 28 U.S.C. §1332(c)(1).  At the time of commencement of the Action and at the time of removal, Ironshore, was, and still is, a corporation organized and existing under the laws of the State of Arizona.  At the time of commencement of the Action and at the time of removal, Ironshore's headquarters, and therefore its principal place of business, was and still is the Commonwealth of Massachusetts.

Ironshore is not a citizen of the State of California.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

The amount in controversy exceeds the jurisdictional minimum of $75,000. This Action is an insurance coverage lawsuit in which the Plaintiff is demanding a liquidated amount of $300,000 in defense costs pursuant to an insurance policy issued by Ironshore. (Complaint ¶ 20). The Complaint alleges that Ironshore breached the policy and a related settlement agreement by failing to pay the additional $300,000 in Defense Costs. (Complaint ¶¶ 19 – 21). Based on the allegations in the Complaint, and its exhibits, it is facially apparent that the amount in controversy exceeds the $75,000 jurisdictional minimum.

## CONCLUSION

For all of the foregoing reasons, the Action is proper for removal to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, because the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

DATED: April 19, 2022        KAUFMAN DOLOWICH &VOLUCK LLP

By:     /s/ Louis H. Castoria
     Louis H. Castoria
     Attorney for Defendant IRONSHORE
     SPECIALTY INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April 2022, I electronically filed the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT BASED ON DIVERSITY JURISDICTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Drew E, Pomerance
> Vincent S. Gannuscio
> Roxborough. Pomerance, Nye & Adreani, LLP
> 5820 Canoga Ave., Suite 250
> Woodland Hills, CA 91367
> Tel: (818) 992-9999
> Fax: (818) 992-9991
> Email: dep@rpnalaw.com; vsg@rpnalaw.com
> Attorney for Plaintiffs

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants: None.

/s/ Louis H. Castoria
Louis H. Castoria

281448.1