**KAUFMAN DOLOWICH & VOLUCK LLP**
LOUIS H. CASTORIA (State Bar No. 95768)
425 California Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 926-7638
Facsimile: (415) 926-7601
Email: lcastoria@kdvlaw.com

Attorney for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BELL CANYON ASSOCIATION, INC., a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02608-MCS-AFM<br><br>**IRONSHORE SPECIALTY INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS (F.R.C.P. 12(B)(6)**<br><br>The Honorable Mark C. Scarsi<br>Courtroom 7C<br>Time : July 11, 2022, 9:00 AM PDT<br><br>Complaint Filed: February 8, 2022<br>(Ventura County Superior Court)<br>Complaint Served: March 29, 2022<br>**Notice of Removal: April 19, 2022**<br><br>Accompanying Documents:<br>• Memorandum of Law<br>• Declaration of E. Joseph O'Neil |

**TO THE CLERK OF THE COURT AND TO THE PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendant Ironshore Speciality Insurance Company ("Ironshore") does hereby moves to dismiss the Plaintiff's Complaint in its entirety. Hearing on the Motion will be held on Monday, July 11, 2022 at 9:00 AM at the District's First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California

**DEFENDANT IRONSHORE'S NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(B)(6)**
**PAGE 1**

90012, subject to Local Rule 7-15.

**This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 22 and April 25, 2022.**

In support of its Motion, Ironshore states that the Complaint fails to state a claim upon which relief can be granted because it is barred by the express terms of a prior settlement agreement entered into between the Plaintiff and Ironshore.

For the foregoing reason as well as the reasons provided in Ironshore's accompanying Memorandum of Law, this Motion should be granted and the Complaint against Ironshore dismissed in its entirety, with prejudice.

DATED:  April 25 , 2022          KAUFMAN DOLOWICH & VOLUCK LLP


By:      /s/ Louis H. Castoria
    Louis H. Castoria
    Attorney for Defendant IRONSHORE
    SPECIALTY INSURANCE COMPANY

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April 2022, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Drew E, Pomerance
> Vincent S. Gannuscio
> Roxborough. Pomerance, Nye & Adreani, LLP
> 5820 Canoga Ave., Suite 250
> Woodland Hills, CA 91367
> Tel:  (818) 992-9999
> Fax: (818) 992-9991
> Email: dep@rpnalaw.com
> Attorney for Plaintiffs

I also certify the document and a copy of the Notice of Electronic Filing was served via on the following non-CM/ECF participants: None.

/s/ Gwen Wagner
Gwen Wagner, Legal Assistant to
Louis H. Castoria

2319450

**CERTIFICATE OF SERVICE ON MOTION TO DISMISS**