**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BELL CANYON ASSOCIATION, INC., a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-cv-02608-MCS-AFM<br><br>**JUDGMENT** |
|---|---|

1

Pursuant to the Court's Order Granting Defendant Ironshore Specialty Insurance Company's Motion to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Ironshore Specialty Insurance Company and against Plaintiff Bell Canyon Association Inc. The Complaint is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 7, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE