| | |
|---|---|
| Name | Drew E. Pomerance, Esq., CA Bar No. 101239 |
| Address | 5900 Canoga Avenue, Ste. 450 |
| City, State, Zip | Woodland Hills, CA 93167 |
| Phone | (818) 992-9999 |
| Fax | (818) 992-9991 |
| E-Mail | dep@rpnalaw.com |

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BELL CANYON ASSOCIATION, INC., a California nonprofit corporation,

PLAINTIFF(S),

v.

IRONSHORE SPECIALITY INSURANCE COMPANY,

DEFENDANT(S).

CASE NUMBER:

2:22-cv-02608-MCS-AFM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____BELL CANYON ASSOCIATION, INC._____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Judgment dated July 7, 2022 (Docket No. 27)

☐ Other (specify):

Imposed or Filed on _____July 7, 2022_____. Entered on the docket in this action on _____July 7, 2022_____.

A copy of said judgment or order is attached hereto.

August 2, 2022
Date

*Drew E. Pomerance*
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL CANYON ASSOCIATION, INC., a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-cv-02608-MCS-AFM<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Granting Defendant Ironshore Specialty Insurance Company's Motion to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Ironshore Specialty Insurance Company and against Plaintiff Bell Canyon Association Inc. The Complaint is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: July 7, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> BELL CANYON ASSOCIATION, INC.

Name(s) of counsel (if any):

> Roxborough, Pomerance, Nye & Adreani, LLP
> Drew E. Pomerance, Esq.; Vincent S. Gannuscio, Esq.

Address: 5900 Canoga Avenue, Ste. 450, Woodland Hills, CA 91367

Telephone number(s): (818) 992-9999

Email(s): dep@rpnalaw.com; vsg@rpnalaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> IRONSHORE SPECIALTY INSURANCE COMPANY

Name(s) of counsel (if any):

> KAUFMAN DOLOWICH & VOLUCK, LLP
> Louis H. Castoria, Esq.

Address: 425 California Street, Suite 2100, San Francisco, CA 94101

Telephone number(s): (415) 926-7638

Email(s): lcastoria@kdvlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                     1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　*2*　　　　　　　　　　　　　　　*New 12/01/2018*